NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RONALD KEITH WATKINS,**

*Petitioner*

**v.**

**DISTRICT OF COLUMBIA,**

*Respondent*

---

2025-1882

---

Appeal from the DC Office of Risk Management in No. C-GL-25-03659.

---

## ON MOTION

---

Before PROST, CHEN, and HUGHES, *Circuit Judges*.

PER CURIAM.

### O R D E R

Ronald Keith Watkins seeks review of a June 2, 2025 letter from the District of Columbia, Office of Risk Management and of a June 17, 2025 email from the General Counsel of the District of Columbia Department of Corrections. ECF No. 1-2 at 1–3. In response to this court's show cause order, Mr. Watkins urges us to retain jurisdiction or,

alternatively, to transfer to the United States Court of Appeals for the District of Columbia Circuit or the District of Columbia Court of Appeals. ECF No. 11 at 6, 7. The District of Columbia responds urging dismissal. Mr. Watkins moves for leave to file a reply. ECF No. 16.

This is a court of limited jurisdiction which does not include authority to directly review the letter or email here. *See* 28 U.S.C. § 1295; Practice Notes to Fed. Cir. R. 15 (noting examples of other review statutes). While 28 U.S.C. § 1631 authorizes this court to transfer an action or appeal to another federal court where it could have been brought in the first instance, on the papers submitted, Mr. Watkins has not shown his case could have been brought in either the D.C. Circuit or the D.C. Court of Appeals, or that we even have the authority to transfer this case to the latter tribunal, *see* § 1631 (incorporating 28 U.S.C. § 610)).

Accordingly,

IT IS ORDERED THAT:

(1) ECF No. 16 is granted only to the extent that the reply is accepted for filing.

(2) The appeal is dismissed.

(3) All other pending motions are denied.

(4) Each side shall bear its own costs.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

December 9, 2025
Date